HOWARD KELLOGG and Others, as Trustees of the Trust Created for the Benefit of ELIZABETH K. MANN and Others, under the Trust Agreement Executed by SPENCER KELLOGG under Date of October 2, 1916, Respondents, v. KELLOGG MANN, JR., and Others, Appellants, Impleaded with ELIZABETH K. MANN and Others, Defendants.— Judgment so far as appealed from affirmed, without costs of this appeal to any party, on the opinion of Swift, J., delivered at Special Term. [Reported sub nom. Kellogg v. Kellogg, 166 Misc. 791.] All concur. (The judgment determines certain stock to constitute income and directs the delivery of same to the life tenants.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

HOWARD KELLOGG, JR., and Others, as Trustees under the Trust Agreement Executed by HOWARD KELLOGG under Date of April 26, 1923, Respondents, v. CYRENA ANDERSON and Others, Appellants, Impleaded with HOWARD KELLOGG and Others, Defendants.— Judgment so far as appealed from affirmed, without costs of this appeal to any party, on the opinion by Swift, J., delivered at Special Term. [Reported sub nom. Kellogg v. Kellogg, 166 Misc. 791.] All concur. (The judgment determines certain stock to constitute income and directs the delivery of same to the life tenants.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

HOWARD KELLOGG and Others, as Trustees of the Trust Created for the Benefit of GERTRUDE K. CLARK and Others, under the Trust Agreement Executed by SPENCER KELLOGG under Date of October 2, 1916, Respondents, v. SPENCER K. NEALE and Others, Appellants, Impleaded with GERTRUDE K. CLARK and Others, Defendants.— Judgment so far as appealed from affirmed, without costs of this appeal to any party, on the opinion of Swift, J., delivered at Special Term. [Reported sub nom. Kellogg v. Kellogg, 166 Misc. 791.] All concur. (The judgment determines certain stock to constitute income and directs the delivery of same to the life tenant.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

HOWARD KELLOGG and Others, as Trustees of the Trust Created for the Benefit of RUTH KELLOGG TERRY and Others, under the Trust Agreement Executed by SPENCER KELLOGG under Date of October 2, 1916, Respondents, v. MATTHEW PHIPPS TERRY and Others, Appellants, Impleaded with RUTH KELLOGG TERRY and Others, Defendants.— Judgment so far as appealed from affirmed, without costs of this appeal to any party, on the opinion of Swift, J., delivered at Special Term. [Reported sub nom. Kellogg v. Kellogg, 166 Misc. 791.] All concur. (The judgment determines certain stock to constitute income and directs the delivery of same to the life tenant.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

HOWARD KELLOGG and Others, as Trustees of the Trust Created for the Benefit of DORIS KELLOGG NEALE and Others, under the Trust Agreement Executed by SPENCER KELLOGG, under Date of October 2, 1916, Respondents, v. MARGARET NEALE and Others, Appellants, Impleaded with DORIS KELLOGG NEALE and Others, Defendants.— Judgment so far as appealed from affirmed, without costs of this appeal to any party, on the opinion of Swift, J., delivered at Special Term. [Reported sub nom. Kellogg v. Kellogg, 166 Misc. 791.] All concur. (The judgment determines certain stock to constitute income and directs the delivery